2015CV01978

CC#10

04-15-00362-CV

Case No. 32E1500542



DC CIVIL CONSTRUCTION, LLC
Plaintiff(s)
VS

In Justice Court
BEXAR PRECINCT 3, Place 2
Bexar County., Texas

JAVAN SMITH
ELIZABETH OLIVAREZ
Defendant(s)

## ORDER ON PAUPER'S AFFIDAVIT

THE COURT, after having examined the pleadings finds that the Pauper's Affidavit filed in the above reference cause is hereby:

_____
(Approved) / Denied

FILED
2015 OCT -5 PM 2:03
KEITH E. HOTTLE, CLERK
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

Signed this 27 day of March, 2015

_____
JUDGE JEFF WENTWORTH
Justice Court BEXAR PRECINCT 3, Place 2
8918 Tesoro Drive, Suite 300
San Antonio, TX 78217-
Phone: 210-335-4700

STATE OF TEXAS COUNTY OF BEXAR
CERTIFIED COPY CERTIFICATE
The page to which this certificate is affixed may have
been lawfully altered to redact confidential personal
information but is otherwise a full, true and correct
copy of the original on file and of record in my office
ATTESTED:

OCT 0 2 2015

GERARD RICKHOFF
COUNTY CLERK
BEXAR COUNTY, TEXAS
BY: _____
DEPUTY

FILED IN THE OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR CO.
2015 APR -1 PM 2:49

DOC217